# United States Bankruptcy Court
## Northern District of Illinois

In re: SCP Holdings, LLC

Debtor(s)

Case No.
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 98

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge, based on the information contained in the Debtor's records. Due to the need to file this case on an expedited basis, the limited information contained in the Debtor's records, and a curtailment in staffing in the days preceding the filing of this case, however, the list of creditors lacks a considerable number of creditor addresses. The Debtor will endeavor to determine the missing addresses in connection with preparing its schedules.

Date: December 29, 2023

Stephen M. Hopkins/Manager
Signer/Title

1 East Erie

Accrue Solutions, LLC
PO Box 736307
Dallas, TX 75373-6307

Adams, Kyle
11038 OLALLA VALLEY ROAD SE
OLALLA, WA 98359

Adapter Marketing

Adelman & Gettleman LTD
53 W Jackson Boulevard
Suite 1050
Chicago, IL 60604

American Express

American Funds Investment

Apple

ASI

AT&T

ATS Acoustics

Atvenu

Bartman, Sarah
252 W Cleveland St
Freeport, IL 61032

Beneflex HR

BIRTHDAYBOT

Blue Cross Blue Shield

Bond Bushwick
60 Broad St. FL 24
New York, NY 10004-2342

Briefly Pro

Bullington, Brian
1768 WEST AINSLIE ST
CHICAGO, IL 60640

Byteware dba The Main Branch
20205 144th Ave NE
Woodinville, WA 98072

Calendly
115 E Main St
Ste A1B
PMB 123
Buford, GA 30518

Camp Collection

Capital Bank and Trust

Chase Bank

Chase Paymentech

Christian Bogle

ClearBags

CNA Continental Casualty Company

Coopers Hawk

Craigslist.org

Customer Expressions Corp.
2255 Carling Ave.
Suite 500
Ottawa, ON K2B 7Z5
CANADA

Earnhardt, Stephen
1205 Mesa Trl
Keller, TX 76248

eFax

Facebook Advertising

Fearneyhough, Ashley
4207 DEAMES STREET
PLANO, IL 60545

GM Financial

Greenberg Traurig

77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Hae Now

Handyman

Heidi Peters Photography
25 ELMWOOD AVE
LA GRANGE PARK, IL 60526

HEYS, STEPHANIE
2146 N ROCKWELL
#3
CHICAGO, IL 60647

Hopkins, Leslie
1622 SAUK DRIVE
BATAVIA, IL 60510

Hopkins, Stephen
1622 SAUK DRIVE
BATAVIA, IL 60510

HUB International
55 E. Jackson Blvd.
Chicago, IL 60604

IC Stevie's Eye View
1020 Olympic Drive
Batavia, IL 60510

Ideals Solutions Group

IL Department of Revenue

IL Director of Employment Security

Illinois Secretary of State

Impec Gear

Indeed

Instacart

IRS

Ivanova, Zheni

519 W Hackberry Dr
Arlington Heights, IL 60004

Jazz HR
1501 Reedsdale St
Suite 403
Pittsburg, PA 15233

Krystal Clean Pro, LLC
647 Barber St.
West Chicago, IL 60185-3465

Labor Law Center

LIMITED RUN

Lombardo, Kyla
105 Wesley Avenue
Oak Park, IL 60302

McDonald Hopkins
600 Superior Avenue, E
Suite 2100
Cleveland, OH 44114

Mehrjerdian, Sayeed
27 DOWNSHIRE CIRCLE
DECATUR, GA 30033

Metlife

Mirsky, Steph
5700 W OLYMPIC BLVD
UNIT 317
LOS ANGELES, CA 90036

Mothership

NYSIF - NY State Insurance Fund

Paycom

Perspectives
20 North Clark Street
Suite 2650
Chicago, IL 60602

Pingboard
PO Box 734524
Dallas, TX 75373-4524

Plante Moran

Promontory Point Capital
322 E Michigan Street
Suite 500
Milwaukee, WI 53202

QuickBooks Payments

Read Al Inc.

ReadyRefresh

Remarkable

Risolve Studio

Sam Thomas

Sarah Bartman
252 W Cleveland St.
Freeport, IL 61032

Shipstation

Shopify

Silverman Consulting
One North Wacker Drive
Suite 3925
Chicago, IL 60606

Spielberger Law Group, LLC
4890 W Kennedy Blvd.
Suite 950
Tampa, FL 33609

State of New Jersey

Stephen Earnhardt
1205 Mesa Trl
Keller, TX 76248

Tax Me

The Opal Group

Thumbtack inc.

TotalExpo

Transglobal Express

Tri County Lock
1N526 Macqueen Dr.
West Chicago, IL 60185

TruGreen
PO Box 9001033
Louisville, KY 40290

Turbeville, Amanda
7348 LAKE STREET
Unit 3W
RIVER FOREST, IL 60305

United Airlines

USPS

Voya Financial

Winn, Kerry
821 WINGFOOT DRIVE
NORTH AURORA, IL 60542

World Soccer Shop

Yazbek USA

Zanovoy
173 Huguenot St.
Suite 200
New Rochelle, NY 10801