# United States Bankruptcy Court
### Northern District of Illinois

In re   SCP Holdings, LLC                                     Case No.
                    Debtor(s)                                 Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   SCP Holdings, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 29, 2023                                /s/ Adam P. Silverman, Esq. ARDC
Date                                             Adam P. Silverman, Esq. ARDC #6256676
                                                 Signature of Attorney or Litigant
                                                 Counsel for   SCP Holdings, LLC
                                                 Adelman & Gettleman, Ltd.
                                                 53 West Jackson Boulevard
                                                 Suite 1050
                                                 Chicago, IL 60604
                                                 312-435-1050 Fax:312-435-1059
                                                 asilverman@ag-ltd.com