UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-17434 |
| SCP HOLDINGS LLC, ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

## ORDER ABANDONING PROPERTY OF THE ESTATE AND LIMITING NOTICE

This cause coming to be heard upon the Motion of Gina B. Krol, Trustee herein, due notice having been given to all parties in interest, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Motion to Abandon and Limit Notice is granted. The Debtor's assets described in the motion as branded merchandise, cash, accounts, accounts receivable, equipment, inventory, and machinery located at the Debtor's leased premises in Batavia, Illinois are abandoned pursuant to 11 U.S.C. section 544(a).

2) Notice of the Trustee's Motion is limited to notice given pursuant to Bankruptcy Rule 6007(b).

Enter:

*[signature]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: January 26, 2024

**Prepared by:**

GINA B. KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60602