UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-17434 |
| SCP HOLDINGS, LLC, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND MOTION OF DEBTOR TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

THIS CAUSE coming to be heard on the motion (the "Motion") of SCP Holdings, LLC (the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 1007, for an order granting an extension of the time to file its schedules and statement of financial affairs in the above-captioned bankruptcy case; the Court having reviewed the Motion and having determined that cause exists to grant the relief requested therein; and the Court having jurisdiction and the subject matter of the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted to the extent provided herein.

2. The deadline on or before which the Debtor must file the documents required by Federal Rule of Bankruptcy Procedure 1007(b)(1) is extended to and including February 22, 2024.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: January 26, 2024

**Prepared by:**

ADAM P. SILVERMAN, ESQ. (ARDC #6301515)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
Counsel for the Debtor