**Fill in this information to identify the case:**

Debtor name    SCP Holdings, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    23-17434

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................................    $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................    $    33,588.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................    $    33,588.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    520,735.44

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    1,392.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    12,795.78

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $    534,923.22

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com