UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) <br> SCP HOLDINGS, LLC ) <br> ) <br> ) <br> ) <br> ) <br> Debtor(s) ) | BK No.: 23-17434 <br><br> Chapter: 7 <br> Honorable Janet S. Baer |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY SHELLY A. DEROUSSE AND ELIZABETH L. JANCZAK OF SMITH GAMBRELL & RUSSELL LLP AS COUNSEL**

This matter coming before the Court on the application (the "Application") of Gina B. Krol (the "Trustee"), as the duly appointed chapter 7 trustee of the estate of SCP Holdings, LLC (the "Debtor"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Trustee to retain and employ Shelly A. DeRousse and Elizabeth L. Janczak and the law firm of Smith Gambrell & Russell LLP (collectively, "SGR") as counsel for the Trustee, effective as of March 5, 2024 (the "Retention Date"), on the terms and conditions set forth below; the Court having reviewed the Application and the Declaration of Shelly A. DeRousse in support thereof; and the Court finding that SGR is a "disinterested person";

IT IS HEREBY ORDERED THAT:

A. Pursuant to sections 327 and 328 of the Bankruptcy Code, the Trustee is authorized to employ and retain SGR as her counsel, retroactive to March 5, 2024, to perform the services set forth in the Application and the engagement agreement in place between SGR and the Trustee.

B. SGR will be compensated on an hourly basis, at the rates set forth in the Application and as may be adjusted from time to time, for general legal services unrelated to Chapter 5 Claims (as defined in the Application).

C. SGR will be compensated on a contingency fee basis for legal services related to the pursuit, prosecution, and collection of Chapter 5 Claims (as defined in the Application), on the terms set forth in the Application and the engagement letter in place between SGR and the Trustee. SGR is authorized to be paid its applicable contingency fee upon receipt of Gross Recoveries by the estate without filing a separate application or further Court order, and such fees shall be deemed approved on a final basis.

D. Except as provided in paragraph C, SGR shall seek approval of payment of all compensation in accordance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, guidelines established by the Office of the United States Trustee and as otherwise directed by the Court.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 29, 2024

**Prepared by:**

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
ejanczak@sgrlaw.com